**SEALED**

**FILED**

FEB 10 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2 11 mj 43 GGH |
| Plaintiff, | **SEALING ORDER** <br> (Under Seal) |
| v. | |
| JESUS RUIZ | |
| Defendant. | |

The Court hereby orders the entire action, including the Complaint, Affidavit, Arrest Warrant, and this Order, in the above-referenced matter, shall be sealed until further order of the court.

DATED: February 10, 2011

_Gregory G. Hollows_
GREGORY G. HOLLOWS
United States Magistrate Judge