UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 17, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br>  ) <br> Plaintiff,  ) <br> v.  ) <br>  ) <br> JESUS RUIZ,  ) <br>  ) <br> Defendant.  ) | Case No. 2:11-MJ-00043-GGH <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JESUS RUIZ</u>, Case No. <u>2:11-MJ-00043-GGH</u>, Charge <u>Title 18 USC § 922(a)(1),(g)(1); 26 USC § 5861</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court. Dft shall be released by the Marshal's Office on March 18, 2011, at 9:00 AM to the custody of Pretrial Services.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>March 17, 2011</u> at <u>9:50</u> <u>am</u>.

By _____
Dale A. Drozd
United States Magistrate Judge