1 | BENJAMIN B. WAGNER
United States Attorney
2 | TODD D. LERAS
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone: (916) 554-2918



**FILED**

JUL - 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )   Mag. 11-043 GGH
        Plaintiff,          )
                            )   STIPULATION AND [~~PROPOSED~~] 2nd
    v.                      )   ORDER CONTINUING PRELIMINARY
                            )   HEARING
JESUS RUIZ,                 )
                            )
        Defendant.          )
_____)

 IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Assistant Federal Defender Jeffrey Staniels, Counsel for Defendant Jesus Ruiz, that the preliminary hearing scheduled for July 15, 2011, be continued to September 16, 2011, at 2:00 p.m., before the Duty Magistrate.

 The government has proposed pre-indictment resolution of this matter. In light of the settlement discussions and the need to produce and review investigative reports, both parties are requesting additional time for attorney preparation.

1

1 | The government and defendant agree that the combination of
2 | settlement discussions and production/review of investigation
3 | reports constitute good cause to extend the time for preliminary
4 | hearing under Federal Rule of Criminal Procedure 5.1(d), as well
5 | as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).
6 | This exclusion of time includes the period up to and including
7 | September 16, 2011.
8 |     Jeffrey Staniels agrees to this request and has authorized
9 | Assistant United States Attorney Todd D. Leras to sign this
10 | stipulation on his behalf.

11 |
12 | DATED: July 8, 2011          By: /s/ Todd D. Leras
13 |                                  TODD D. LERAS
                                      Assistant U.S. Attorney
14 |
15 | DATED: July 8, 2011          By: /s/ Jeffrey Staniels
                                      JEFFREY STANIELS
16 |                                  Attorney for Defendant
                                      JESUS RUIZ RUIZ
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

**ORDER**

**IT IS HEREBY ORDERED:**

1. The preliminary hearing set for July 15, 2011, is continued to September 16, 2011, at 2:00 p.m., before the Duty Magistrate.

2. Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including September 16, 2011. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

IT IS SO ORDERED.

Date: July 8, 2011

_____
HONORABLE DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE