```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  TODD D. LERAS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2918
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,        )<br>                              )<br>       v.                     )<br>                              )<br>JESUS RUIZ,                   )<br>                              )<br>            Defendant.        )<br>_____) | Mag. 11-0043 GGH<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING PRELIMINARY<br>HEARING |

IT IS HEREBY STIPULATED between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Assistant Federal Defender Jeffrey Staniels, Counsel for Defendant Jesus Ruiz, that the preliminary hearing scheduled for September 16, 2011, be continued to October 28, 2011, at 2:00 p.m.

Both parties contemplate a pre-indictment resolution of this matter.  Counsel for the parties have been exchanging information in an effort to reach an appropriate disposition of the case.  In light of these efforts and the need for additional investigation, both parties are requesting additional time for attorney preparation.

1  The government and defendant agree that the combination of
2 settlement discussions and continuing investigation constitute
3 good cause to extend the time for preliminary hearing under
4 Federal Rule of Criminal Procedure 5.1(d), as well as under the
5 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion
6 of time includes the period up to and including October 28, 2011.
7  Jeffrey Staniels agrees to this request and has authorized
8 Assistant United States Attorney Todd D. Leras to sign this
9 stipulation on his behalf.

11 DATED: September 15, 2011        By: /s/ Todd D. Leras
                                       TODD D. LERAS
12                                      Assistant U.S. Attorney

14 DATED: September 15, 2011        By: /s/ Todd D. Leras
                                       JEFFREY STANIELS
15                                      Attorney for Defendant
                                       JESUS RUIZ

**IT IS HEREBY ORDERED:**

    1.   The preliminary hearing set for September 16, 2011 is continued to October 28, 2011, at 2:00 p.m.

    2.   Based on the stipulations and representations of the parties, the Court finds good cause to extend the time for the preliminary hearing, and time is excluded up to and including September 16, 2011. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare)).

    IT IS SO ORDERED.

Date: September 19, 2011

                                      /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE