```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    JESUS RUIZ
 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. 2:11-MJ-043 GGH
                                 )
12             Plaintiff,        )
                                 )  STIPULATION AND ORDER CONTINUING
13       v.                      )  PRELIMINARY HEARING .
                                 )
14  JESUS RUIZ,                  )  Date:  October 28, 2011
                                 )  Time:  2:00 P.m.
15             Defendant.        )  Judge: Hon. Kendall J. Newman
                                 )
16  _____ )
```

17       **IT IS HEREBY STIPULATED** by and between Assistant United States

18  Attorney Todd Leras, counsel for Plaintiff, and Assistant Federal

19  Defender Jeffrey L. Staniels, counsel for Defendant that the above case

20  be vacated from this court's October 28, 2010, calendar, and that it be

21  continued until December 8, 2011, at 2:00 p.m. for preliminary hearing.

22       Both parties continue to contemplate a pre-indictment resolution

23  of this matter. Counsel for the parties have been exchanging

24  information in an effort to reach an appropriate disposition of the

25  case. In light of these efforts and the need for additional

26  investigation and consultation, both parties are requesting additional

27  time for attorney preparation.

28       **IT IS FURTHER STIPULATED** that the combination of settlement

1  discussions and need for continuing investigation constitute good cause
2  to extend the time for preliminary hearing under Federal Rule of
3  Criminal Procedure 5.1(d), and also supports a finding pursuant to the
4  Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv), that the interests of
5  justice served by permitting this continuance outweigh the interests of
6  the public and the defendant in a speedy trial. This exclusion of time
7  includes the period up to and including December 8, 2011.
8      Assistant United States Attorney Todd D. Leras agrees to this
9  request and has authorized Jeffrey Staniels to sign this stipulation on
10 his behalf.

12 Dated: October 21, 2011      /s/ *Todd Leras*
                                ROBERT TICE-RASKIN
13                              Assistant United States Attorney
                                Counsel for Plaintiff

15
16 Dated: October 21, 2011      /s/ *Jeffrey L. Staniels*
                                Jeffrey L. Staniels
                                Assistant Federal Defender
17                              Counsel for Defendant
                                JESUS RUIZ

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: October 25, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation & Order
Continuing Case                 2