1  BENJAMIN B. WAGNER
   United States Attorney
2  TODD D. LERAS
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2918

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )
                                      )   Mag. 11-043 GGH
12            Plaintiff,              )
                                      )   STIPULATION AND
13       v.                           )   ORDER CONTINUING PRELIMINARY
                                      )   HEARING
14                                    )
   JESUS RUIZ,                        )
15                                    )
              Defendant.              )
16 _____   )

17

18

19      IT IS HEREBY STIPULATED between Plaintiff United States of

20 America, by and through Assistant United States Attorney Todd D.

21 Leras, and Assistant Federal Defender Jeffrey Staniels, Counsel

22 for Defendant Jesus Ruiz, that the preliminary hearing scheduled

23 for May 11, 2012, be continued to May 22, 2012, at 2:00 p.m.

24      The government has proposed pre-indictment resolution of

25 this matter.  Defense counsel needs additional time to review the

26 settlement proposal with defendant.  Both parties are therefore

27 requesting additional time for attorney preparation.

28      The government and defendant agree that defense review of

                                    1

the proposed settlement constitutes good cause to extend the time for preliminary hearing under Federal Rule of Criminal Procedure 5.1(d), as well as under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv).  This exclusion of time includes the period up to and including May 22, 2012.

Jeffrey Staniels agrees to this request and has authorized Assistant United States Attorney Todd D. Leras to sign this stipulation on his behalf.


DATED: May 10, 2012            By: /s/ Todd D. Leras
                                   TODD D. LERAS
                                   Assistant U.S. Attorney


DATED: May 10, 2012            By: /s/ Todd D. Leras for
                                   JEFFREY STANIELS
                                   Attorney for Defendant
                                   MIGUEL RONQUI RUIZ

2

1  **IT IS HEREBY ORDERED:**

2      1.   The preliminary hearing set for May 11, 2012, is

3  continued to May 22, 2012, at 2:00 p.m.

4      2.   Based on the stipulations and representations of the

5  parties, the Court finds good cause to extend the time for the

6  preliminary hearing, and time is excluded up to and including May

7  22, 2012. (18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4

8  (reasonable time to prepare)).

9      IT IS SO ORDERED.

10

11  Date: May 10, 2012

12

13

14

15  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28